FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(Inmate Number) _____

Andrew Morales
(Name of Plaintiff)

600 old Colony Road
(Address of Plaintiff)

Selinsgrove, PA 17870

vs.

Ann Stanton
Adam J. Wagner
Shawn O. Cooper
(Names of Defendants)

3:18-CV-852
(Case Number)

COMPLAINT

FILED
SCRANTON
APR 19 2018
PER ___Am___
DEPUTY CLERK

TO BE FILED UNDER: ___✓___ 42 U.S.C. § 1983 - STATE OFFICIALS
                    ___✓___ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I.  Previous Lawsuits

    A.  If you have filed any other lawsuits in federal court while a prisoner please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

    N/A

II. Exhaustion of Administrative Remedies

    A.  Is there a grievance procedure available at your institution?
        ✓ Yes ___ No

    B.  Have you filed a grievance concerning the facts relating to this complaint?
        ✓ Yes ___ No

        If your answer is no, explain why not _____

    C.  Is the grievance process completed? ✓ Yes ___ No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item B for the names, positions and places of employment of any additional defendants.)

A. Defendant __Ann Stanton__ is employed as __Inmate/Attorney Coordinator__ at __Snyder County Prison 600 old Colony Road Selinsgrove, PA 17870__

B. Additional defendants __Adam J. Wagner__
__Shawn O. Cooper__

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

1. On 12-5-17 Ann Stanton Stated to me if I fired my lawyer Im stupid and I am digging my own grave, And I got Legal mail by Ann Stanton opended before she came to give it to me a few times

2. I was taken out the kitchen Job I had for no legal reason and the whole male crew was replaced because we was an all male working crew besides the female staff, It happened before christmas and I am being denied from the law library for over a month Now, By Shawn O. Cooper/Adam J. Wagner

3. Mistreated by medical staff and other staff for over one year Dental Neglect. I stop Breathing from sleep apnea that they dont treat along with emergency extractions.

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Would like to avoid a class action law suit for many on going prison issues and safty hazords. By settling the case out of court if they agree.

2. I would like to be treated for my safty and health matters. I would like my kitchen Job back and my law library rights back.

3. Would like my case heard and a settlement subjected to your agreed upon knowlege on the matters I will share with you. Thank you for taken your time to review my statment.

Signed this 15th day of April, 2018.

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

4/15/18
_____                    _____
(Date)                                (Signature of Plaintiff)

Andrew Morales
600 Snyder County Prison R.6
600 OLD COLONY ROAD
SELINSGROVE, PA 17870
Selinsgrove, PA 17870

HARRISBURG PA 171
17 APR 2018 PM 2 L

Clerk Of Courts
235 N. Washington Ave
P.O. Box 1148
Scranton, PA 18501-1148

RECEIVED
SCRANTON
APR 19 2018
PER _____
DEPUTY CLERK