# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW MORALES,<br><br>    Plaintiff,<br><br>        v.<br><br>ANN STANTON, *et al.*,<br><br>    Defendants. | NO. 3:18-CV-00852<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 14th day of January, 2019, **IT IS HEREBY ORDERED** that:

(A) The Motion to Dismiss filed by Defendants Ann Stanton, Shawn O. Cooper, and Adam J. Wagner (Doc. 20) is **GRANTED**. Plaintiff Andrew Morales's Complaint (Doc. 1) is **DISMISSED without prejudice**.

(B) Plaintiff Andrew Morales shall have **twenty-eight (28) days** from the date of entry of this Order to file an Amended Complaint to properly plead his claims; otherwise, the Complaint will be **dismissed with prejudice**.

/s/ A. Richard Caputo<br>
A. Richard Caputo<br>
United States District Judge